**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>TODD ANDRY<br>DEFENDANT(S). | CASE NUMBER<br><br>ED14-MJ-00169<br><br>**ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant_____, IT IS ORDERED that a detention hearing is set for __Thursday, April 24, 2014_____, _____, at __1:30_____ ☐a.m. / ☒p.m. before the Honorable __David T. Bristow_____, in Courtroom __4_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __04/22/2014_____      __David T. Bristow_____
                                    U.S. District Judge/Magistrate Judge