ANDRÉ BIROTTE JR.
United States Attorney
JOSEPH B. WIDMAN
Assistant United States Attorney
Chief, Riverside Branch Office
JAY H. ROBINSON (California Bar No. 230015)
Assistant United States Attorney
Deputy Chief, Riverside Branch Office
    3403 Tenth Street
    Suite 200
    Riverside, California 92501
    Telephone: (951) 276-6267
    Facsimile: (951) 276-6202
    E-mail:    jay.robinson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-169M |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING GOVERNMENT'S MOTION TO EXTEND STAY ORDER OF DEFENDANT'S RELEASE ON BOND |
| v. | |
| TODD ANDRY, | |
| Defendant. | |

    The Court hereby GRANTS the government's Motion to Extend Stay Order of Defendant's Release on Bond. The Order of Release is hereby STAYED until April 30, 2014 at 5:00 p.m.

    IT IS SO ORDERED

4/28/14
DATE

HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

Presented by:

JAY H. ROBINSON
Assistant United States Attorney